LODGE v. STATE.

(Court of Criminal Appeals of Texas. Dec. 4, 1912.)

CRIMINAL LAW (§ 1090*) — RECORD—STATEMENT OF FACTS—BILL OF EXCEPTIONS.

Where there is neither a statement of facts nor bill of exceptions in the record, assignments in the motion for new trial are not reviewable.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2789, 2803–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Arthur Lodge was convicted of robbery, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted, prosecuted, and convicted of the offense of robbery.

There is neither a statement of facts nor bills of exception accompanying the record, and under these circumstances there is no assignment in the motion for a new trial we can review.

The judgment is affirmed.